1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant RUELAS

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

                            SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,          )   Nos.   CR 11- 00558 - LHK
                                       )          CR 11- 00560 - LHK
12                    Plaintiff,        )          CR 11- 00706 - LHK
                                       )
13  vs.                                )   STIPULATION AND REQUEST TO
                                       )   CONTINUE SENTENCING HEARING
14  MICHAEL RUELAS,                    )   DATE TO APRIL 10, 2013; AND
                                       )   [PROPOSED] ORDER
15                    Defendant.        )
    _____)
16

17                            **STIPULATION**

18          Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L.

19  Fuller, and the United States, by and through Assistant United States Attorney Thomas M.

20  O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing

21  hearing presently set for Wednesday, March 27, 2013, at 9:00 a.m., be continued to Wednesday,

22  April 10, 2013, at 9:00 a.m.

23          Defendant Michael Ruelas has pled guilty and a sentencing hearing is presently set for

24  March 27, 2013.  The parties respectfully ask that the sentencing hearing date be continued to

25  help facilitate the completion of the presentence report investigation and to allow additional time

26  to prepare for the sentencing hearing.  United States Probation Officer Benjamin Flores, who has

    Stipulation and [Proposed] Order Continuing
    Hearing                              1

1  been assigned to conduct the presentence investigation, has been consulted about the requested

2  continuance and has no objection.

3

4  Dated:  March 19, 2013

_____/s/_____
5  VARELL L. FULLER
Assistant Federal Public Defender

6

7

Dated  March 19, 2013             _____/s/_____
8  THOMAS M. O' CONNELL
Assistant United States Attorney

9  //
//
10  **[~~PROPOSED~~] ORDER**

11       GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

12  the sentencing hearing date set for Wednesday, March 27, 2013, at 9:00 a.m. is continued to

13  Wednesday, April 10, 2013, at 9:00 a.m.

14

15  Dated:     3/20/13          _____
16  THE HONORABLE LUCY H. KOH
United States District Court Judge

17

18

19

20

21

22

23

24

25

26

Stipulation and [~~Proposed~~] Order Continuing
Hearing                                2