1   STEVEN G. KALAR
    Federal Public Defender
2   VARELL L. FULLER
    Assistant Federal Public Defender
3   160 West Santa Clara Street, Suite 575
    San Jose, CA  95113
4   Telephone:  (408) 291-7753

5   Counsel for Defendant RUELAS

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN JOSE DIVISION
10

11  UNITED STATES OF AMERICA,        )   Nos.   CR 11- 00558 - LHK
                                     )          CR 11- 00560 - LHK
12                 Plaintiff,        )          CR 11- 00706 - LHK
                                     )
13  vs.                              )   STIPULATION AND REQUEST TO
                                     )   CONTINUE SENTENCING HEARING
14  MICHAEL RUELAS,                  )   DATE TO APRIL 17, 2013; AND
                                     )   [PROPOSED] ORDER
15                 Defendant.        )
    _____)
16

17                              **STIPULATION**

18         Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L.

19  Fuller, and the United States, by and through Assistant United States Attorney Thomas M.

20  O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing

21  hearing presently set for Wednesday, April 10, 2013, at 9:00 a.m., be continued to Wednesday,

22  April 17, 2013, at 9:00 a.m.

23         Defendant Michael Ruelas has pled guilty and a sentencing hearing is presently set for

24  March 27, 2013.  The defense respectfully ask that the sentencing hearing date be continued one

25  week to permit Mr. Ruelas's family to attend, who are unable to attend the April 10th sentencing

26  hearing date.  United States Probation Officer Benjamin Flores, who has prepared and submitted

1  the final Presentence Report, has been consulted about the requested continuance and has no

2  objection.

3

4  Dated:  April 1, 2013                              _____/s/_____

5                                                      VARELL L. FULLER
                                                        Assistant Federal Public Defender

6

7

8  Dated:  April 1, 2013                              _____/s/_____
                                                        THOMAS M. O' CONNELL
                                                        Assistant United States Attorney

9  //
   //

10                                     **[PROPOSED] ORDER**

11         GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

12  the sentencing hearing date set for Wednesday, April 10, 2013, at 9:00 a.m. is continued to

13  Wednesday, April 17, 2013, at 9:00 a.m.

14

15  Dated:    4/2/13                              _____

16                                                  THE HONORABLE LUCY H. KOH
                                                    United States District Court Judge

17

18

19

20

21

22

23

24

25

26